1112

No. 97–963. WISLAND *v.* ADMIRAL BEVERAGE CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–966. CATERPILLAR INC. *v.* COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 97–968. M/V IKAN SELAYANG ET AL. *v.* SOGEM-AFRIMET, INC. C. A. 2d Cir. Certiorari denied.

No. 97–971. WURZBERGER *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 97–972. DUKE, INDIVIDUALLY AND AS TRUSTEE FOR STRICKLAND, ET AL. *v.* MARSHALL & CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–973. COCHRANE *v.* TUDOR OAKS LIMITED PARTNERSHIP. C. A. 8th Cir. Certiorari denied.

No. 97–974. DAVIS ET AL. *v.* EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–975. EGUIZABAL *v.* WELLESLEY COLLEGE. C. A. 1st Cir. Certiorari denied.

No. 97–976. JONES *v.* COOPER INDUSTRIES, INC. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–979. CITY OF MOUNT VERNON ET AL. *v.* STONE. C. A. 2d Cir. Certiorari denied.

No. 97–980. OHIO *v.* HARPSTER. C. A. 6th Cir. Certiorari denied.

No. 97–981. ARLEAUX *v.* ARLEAUX. Ct. App. Iowa. Certiorari denied.

No. 97–987. RUSSELL ET AL. *v.* WILKINSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–989. TIMMONS *v.* RAK REE ENTERPRISES, INC. Ct. Common Pleas, Pickaway County, Ohio. Certiorari denied.